EXHIBIT A

# Closing USA, LLC

## SCHEDULE A

## DESCRIPTION OF MORTGAGED PREMISES

Title No.: **DS150037137**

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Islip, County of Suffolk, State of New York, known and designated as Lot 35 on a certain map entitled, "Map of Hunter Park, Section 2, and filed in the Office of the Clerk of the County of Suffolk, on November 14, 1952 as Map No. 1982, bounded and described as follows:

BEGINNING at a point on the southerly side of Kobb Boulevard, distant 528.13 feet westerly from the corner formed by the intersection of the southerly side of Kobb Boulevard and the westerly side of Higbie Lane;

THENCE South 7 degrees 39 minutes 50 seconds East, 100 feet;

THENCE South 82 degrees 20 minutes 10 seconds West, 75 feet;

THENCE North 7 degrees 39 minutes 50 seconds West, 100 feet to the southerly side of Kobb Boulevard;

THENCE along Kobb Boulevard North 82 degrees 20 minutes 10 seconds East, 75 feet to the point or place of BEGINNING.