```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GUSTAVIA HOME, LLC,
```
                            Plaintiff(s),           ORDER

                                        CV-16-3146 (ADS)

    -against-

MICHAEL BLANDINO, JOHN DOE 1 THROUGH 12
said persons or parties having or claimed to have a right,
title or interest in the Mortgaged premises herein, their
respective names are presently unknown to the Plaintiff,

                       Defendant(s)
----------------------------------------X

**SPATT, U.S.D.J.**

    I hereby recuse myself from the above-captioned case.

DATED:    Central Islip, New York
             September 23, 2019

                                                 /s/ Arthur D. Spatt
                                        _____
                                        ARTHUR D. SPATT, U.S.D.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2019 ★
LONG ISLAND OFFICE