# THE MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.                                                         (516) 921-3838
CYNTHIA A. NIERER, ESQ.                                                   FAX   (516) 921-3824

September 26, 2019

*Via ECF*
Honorable Joanna Seybert
United States District Court Judge
United States District Court—E.D.N.Y.
100 Federal Plaza
Central Islip, NY 11722

          Re:     Gustavia Home, LLC v. Michael Blandino, 16-cv-03146-JS-ARL

Dear Judge Seybert:

          We represent the Plaintiff in the above-referenced action. Pursuant to your Electronic Status Report Order dated September 24, 2019 requesting a status of this case, kindly note the following:

          We have been working diligently throughout this case to settle this matter amicably and to that end, the parties have succeeded in entering into a Forbearance Workout Agreement. We are now in the process of confirming that payments are being made to the loan servicer.

          We respectfully request that due to the Jewish holiday next week, that Plaintiff be granted an extension to October 4, 2019 in order to confirm these payments were made which hopefully will lead to a discontinuance of this action.

          Thank you in advance for your consideration.

                                                  Respectfully,

                                                  */s/ Alan H. Weinreb___*
                                                  Alan H. Weinreb, Esq.
                                                  Attorneys for Plaintiff

cc: Pro Se Defendant Michael Blandino
     *By Regular Mail*